NUMBER 13-09-00604-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________________


LAURIE BASS, Appellant,


v.



THE STATE OF TEXAS, Appellee.

______________________________________________________________


On appeal from the 130th District Court 


of Matagorda County, Texas.


_____________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Laurie Bass, filed a notice of appeal challenging her conviction for
possession of a controlled substance. By order signed December 2, 2009, the trial court
granted appellant's motion for new trial.

 When the trial court grants a motion for new trial, it restores the case to its position
before the former trial. See Tex. R. App. P. 21.9(b). Because there is no conviction to be
appealed, we have no jurisdiction to consider this appeal. See Waller v. State, 931 S.W.2d
640, 643-44 (Tex. App.-Dallas 1996, no pet.).

 The Court, having examined and fully considered the documents on file and the trial
court's order granting a new trial, is of the opinion that the appeal should be dismissed for
want of jurisdiction. See id. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).

Delivered and filed the 25th

day of February, 2010.